THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Jeremy Brown, Appellant.
 
 
 
 
 

Appeal from Charleston County
 Benjamin H. Culbertson, Circuit Court
Judge

Unpublished Opinion No. 2010-UP-032
 Submitted January 4, 2010  Filed January
25, 2010  

APPEAL DISMISSED

 
 
 
 Appellant Defender Kathrine H. Hudgins, South
 Carolina Commission on Indigent Defense, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia, and Solicitor Scarlett Anne Wilson,
 of Charleston, for Respondent.
 
 
 

PER CURIAM:  Jeremy Brown appeals the trial court's
 decision to sentence him to ten years' imprisonment with respect to his conviction
 for possession of crack cocaine (third offense or greater), arguing that the
 trial court erred in imposing the maximum prison term permitted under S.C. Code
 Ann. § 44-53-375(A) (Supp. 2008) in view of the
 mitigating evidence presented at sentencing.  After thoroughly reviewing the
 record and counsel's brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss Brown's appeal and grant counsel's petition to be relieved.[1]  
APPEAL
 DISMISSED. 
HUFF, A.C.J.,
 GEATHERS, J. and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.